AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>Gustavo Alberto Lora-Peguero<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No. 25- 129(M)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 16, 2025** in the county of _____ in the _____ District of **Puerto Rico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting, Resisting, and Impeding a Federal Officer through Physical Contact |
| ~~8 U.S.C. § 1325~~ | ~~Improper Entry by an Alien~~ |

This criminal complaint is based on these facts:

See attached affidavit.
The United States requests that defendant be detained and moves for a three-day continuance under 18 U.S.C. § 3142(f).
Approved by AUSA Jeanette M. Collazo-Ortiz.

☑ Continued on the attached sheet.

*Complainant's signature*

Shaun Borland, Special Agent FBI
*Printed name and title*

Sworn to and subscribed in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:56 PM on 2/16/25

*Judge's signature*

Date: 02/16/2025

City and state: San Juan, Puerto Rico

U.S. Magistrate Judge Marcos E. López
*Printed name and title*