IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, <br><br> v. <br><br> **GUSTAVO ALBERTO LORA-PEGUERO** Defendant. | **MAG NO. 25-129(MEL)** |

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW ATTORNEY AS COUNSEL FOR RECORD**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney and respectfully states and prays as follows:

The undersigned attorney requests leave to withdraw from the present case as attorney of record for the United States.

WHEREFORE, the United States respectfully requests that this Court GRANT the undersigned request to withdraw from this case, and an order be entered removing the undersigned from subsequent electronic notifications in this case.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this February 19, 2025

W. STEPHEN MULDROW
United States Attorney

s/ *Jeanette M. Collazo*
Jeanette M. Collazo
Assistant U.S. Attorney-USDC-PR 226803
Criminal Division
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, Puerto Rico   00918
Tel. (787) 766-5656
e-mail: jeanette.collazo@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel(s) of record.

s/ *Jeanette M. Collazo*
Jeanette M. Collazo
Assistant U.S. Attorney